UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUDIO VISUAL EQUIPMENT AND
SUPPLIES, INC., et al.,                          Case No. 06-10904

        Plaintiff,                        District Judge Sean F. Cox
                                          Magistrate Judge R. Steven Whalen

v.

COUNTY OF WAYNE, et al.,

        Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

For the reasons and under the terms stated on the record on January 11, 2007, Defendant's Motion to Compel [Docket #9] is GRANTED.

Within 14 days of the date of this Order, Plaintiff will supplement responses to the Interrogatories in question in this Motion.

Within 14 days of the Defendant's receipt of the supplemental responses, Plaintiff shall be deposed.

Pursuant to Fed.R.Civ.P. 37, Plaintiff is assessed costs in the amount of $350.00, payable to Defendant's attorney within 14 days of the date of this Order.

SO ORDERED.

                                            S/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 11, 2007.

                                                  S/Gina Wilson
                                                  Judicial Assistant