UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Audio Visual Equipment and Supplies,
Inc., *et al.*,

   Plaintiffs,

v.            Case No. 06-10904

County of Wayne, *et al.*,      Honorable Sean F. Cox

   Defendants.
_____/

## ORDER DENYING PLAINTIFFS'
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

  Plaintiffs filed their 20-count complaint in this action on February 28, 2006. The parties proceeded with discovery for a full 15 months, with discovery closing on May 30, 2007, under this Court's Second Scheduling Order. The Scheduling Order further provided that the Final Pretrial Conference would be held on November 19, 2007, and trial was scheduled to take place on this Court's November/December 2007 trailing docket.

  Following the close of discovery, Defendants filed several Motions for Summary Judgment. The parties fully briefed the motions and the Court heard oral argument on November 15, 2007. While the Court was in the process of issuing its Opinion & Order granting the pending motions and dismissing all claims with prejudice, on November 26, 2007, Plaintiffs filed the instant "Motion for Leave to File Amended Complaint" [Docket Entry No. 55]. In this motion, Plaintiffs do not seek to add any counts. Rather, Plaintiffs seek to drop some counts and seek to plead other counts with greater particularity.

  On November 27, 2007, this Court issued its Opinion & Order which resulted in the

1

dismissal of all claims. [Docket Entry No. 57].

Accordingly, **IT IS ORDERED** that Plaintiffs' Motion for Leave to File Amended

Complaint is **DENIED** as untimely and moot.

**IT IS SO ORDERED**.


S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  November 30, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on
November 30, 2007, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager